Leon Kamaïky and Ezekiel Sarasohn, Appellants, v. George R. Sheldon, as Treasurer of the Republican National Committee, Respondent.— Judgment affirmed, with costs. No opinion.

Moss F. Moses, Respondent, v. Walter J. Salomon, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion.

Max Wiener, Respondent, v. Home Title Insurance Company of New York, Appellant. — Judgment and order affirmed, with costs. No opinion.

The Philippine Sugar Estates Development Company, Limited, Respondent, v. International Banking Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion.

William W. Farley, as State Commissioner of Excise of the State of New York, Appellant, v. Agnes Ehrlich and The Title Guaranty and Surety Company, Respondents.— Judgment and order affirmed, with costs. No opinion.

James G. Vane, Appellant, v. William H. Flaherty and Turner A. Beall, Respondents.— Judgment and order affirmed, with costs. No opinion.

Sadie Edelman, by Emanuel Edelman, Her Guardian ad Litem, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

James F. Allen, Appellant, v. Guardian Trust Company of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Joseph Keller, Respondent, v. Isaac Harris and Max Blanck, Copartners Doing Business under the Firm Name of Triangle Waist Company, Appellants.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Ida Berg, Appellant.— Judgment affirmed. No opinion.

John D. Chalmers and Thomas F. Dougherty, Copartners under the Firm Name and Style of J. D. Chalmers & Company, Appellants, v. Colonel D. Jarratt and Others, Copartners under the Firm Name and Style of C. D. Jarratt & Company, Respondents.— Judgment and order affirmed, with costs. No opinion.

Edward A. Ridley, as Trustee, Respondent, v. Magdalena Walter and Others, Defendants. Kank Realty Company, Purchaser, Appellant.— Order reversed, with ten dollars costs and disbursements.

In the Matter of Charles T. Yerkes, Deceased. (2 cases.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Motion to dismiss appeal denied, with ten dollars costs.

Susan Coyle, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company in the City of New York, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $15,000; in which event, judgment as so modified and order appealed from affirmed, without costs. No opinion. Order to be settled on notice.

Wilson Berryman, as Administrator, etc., of Ashley M. Berryman, Deceased, Respondent, v. Manhattan Transit Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to